# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Ellen M. Obrist**
        Plaintiff

vs.                         **CASE NUMBER: 5:11-CV-470 (DNH)**

**Carolyn W. Colvin, Acting Commissioner of the Social Security Administration**

        Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon review of this matter, it is ordered that the Commissioner's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's decision denying plaintiff disability benefits is AFFIRMED and further the Complaint filed by Ellen M. Obrist is DISMISSED in its entirety. Judgment is entered in favor of the Commissioner of Social Security.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 3rd day of July, 2013.

DATED: July 3, 2013

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk